U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB 28 2003

LORETTA G. WHYTE
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Virgil L. Smith
(Enter above the full name of the
plaintiff in this action.)

versus

Rodney Jack Strain
Jr. St. Tammany Parish
Sheriff Department
(Enter above the full name of the
defendant or defendants in this
action.)

CIVIL ACTION
NO. 03-0612
"I" (1)

SECTION
SECT. I MAG. 1

**COMPLAINT**

I.  **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes (✓)  No ( )

This is to (B) 1.) 2.) 3.) 4.) 5.) 6.) 7.)

1.) Because there is Action taken in on; Defendants, Det. Chris Bell, Det. Danny Foute, Ass D.A. that gave me my time After six months named in sue, James G. Burke III #18148 Assistant Public Defender

2.) District Cour: United State District Court Eastern District of Louisiana New Orleans, La. 70130

3.) 03-0231(4) Sect. N MAG. 1

7.) Case is still pending

III  Parties. All below parties is being sued for in their Official compacity:
Sheriff Jack Strain, Jr.
Warden Peachey
Captain Longino
Captain Jenkins
Captain Deputy Chief Cord
Captain

Lieutenant Lee
Lieutenant Haas
Lieutenant

Sergeant Hanson
Sergeant Brunthore
Sergeant Sanderford
Sergeant Jewel
Sergeant Caliban    Sergeant Adkins

Corporal Nelson
Corporal Cradeock
Corporal
Corporal

Below sued in their individual compacity:
Deputy Emmite
Deputy Warker
Deputy Parker
Deputy Ciruti
Deputy Palace
Deputy Lenden
Deputy Oharo
And All the Deputy that received or gave out mail sence May-2002 until now

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _Virgil Lorenzo Smith_

   Defendants _Warden Peachy, Captain Longino, Captain Jenkins, Sheriff Jack Strain, Deputy Chief Cord, Deputy Sid,_

2. Court (if federal court, name of the district court; if state court, name the parish.)
   _United States District Court New O._

3. Docket Number _02-1658_

4. Name of judge to whom case was assigned _Sect. A_
   _Mag. 4_

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
   _Case Still Pending_

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II. Place of Present Confinement: _A-100 A-18 Covington Jail_

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

2

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓)  No ( )

C. If your answer is YES,

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

_NO._____

D. If your answer is NO, explain why you have not done so: _No one have responed back to me as if their treying to stop me from taken action._

III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff _Virgil Lorenzo Smith_
Address _A-100 A-18 P.O.Box 908 Covington, LA, 70434_
Date of Birth _12/24/60_
Prisoner Number _68086_
Date of Arrest _May, 10, 2002_
Date of Conviction _July 17, 2002_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant _Rodney Jack Strain Jr._ is employed as _Sheriff of St. Tammany Parish_ at _Covington, Louisiana_

C. Additional Defendants _Deputy Ciruti, Deputy Parker All others is Added to An Additional Sheet._

3

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Deputy Emmite is being sued for maceing me without a reason, Deputy Otisno for opening my legal mail and all the other mail people for the same reason. All the others Deputy for physical, and mental, injures, and All of the named Supervisor's for knowing of all the harassment and not did Athing about it but went along with it and helped try to do me harm

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Compensatory Damages $250,000.00 against the Sheriff Department of Covington $100,000.00 Against All the Above Supervisor, starting with the Sheriff, Warden, Captain, lieuenant, Sergeant, and Corporals. All Deputys for $50,000.00 For Punitive Damages and Compensatory Damages. Plaintiff ask that a restraining order be put on the jail and all that work for it to protect Plaintiff from all repercussion against me for this Action taken on this jail for all the harassment of the above without due process requirements. I pray that the court help me in this matter, need your help, the people here is not right.

## VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this _____ day of _____, 19___.

_____
(Signature of Plaintiff)

9/97

5

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 26 day of February, 19 2003.

_____
(Signature of Plaintiff)

9/97

# UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Virgil L. Smith
_____
Plaintiff

V.

Rodney Jack Strain, Jr.
Sheriff Department
_____
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Virgil Lorenzo Smith__, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)   LA.

   If "Yes," state the place of your incarceration __St. Tammany Parish in Covington__

   Are you employed at the institution?  __No__  Do you receive any payment from the institution? __No__

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. $500 to 800 week AZ. Corr. in Arizona

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☑ No
   b. Rent payments, interest or dividends              ☐ Yes     ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☑ No
   d. Disability or workers compensation payments       ☐ Yes     ☑ No
   e. Gifts or inheritances                             ☑ Yes     ☐ No
   f. Any other sources                                 ☐ Yes     ☑ No

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive. My wife send me about $80.00 a month

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   | Name | Relationship | Amount Contributed for Support |
   |---|---|---|
   | Lori Smith | Wife | everything |

I declare under penalty of perjury that the above information is true and correct.

_2/1/03_   _Virgil Lorenzo Smith_
Date      Signature of Applicant

---

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, _SMITH VIRGIL LORENZO_, has a present inmate account balance of $ _<.18>_ at the _ST TAMMANY PARISH JAIL_ institution. I further certify that the average monthly deposits for the preceding six months is $_25.00_

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is $ _1.31_

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

_2/4/03_                                    _[signature]_
Date Certified                              Authorized Officer of Institution