FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JAN -6 P 4:08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIRGIL L. SMITH | CIVIL ACTION |
| VERSUS | NO. 03-612 |
| RODNEY JACK STRAIN, ET AL. | SECTION "I" (1) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the objections by plaintiff, Virgil L. Smith, approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The objections of the plaintiff are hereby **OVERRULED**.

Accordingly,

**IT IS ORDERED** that defendants's motion to dismiss is **DENIED IN PART AND GRANTED IN PART**.

**IT IS ORDERED** that the motion to dismiss is **DENIED** with respect to the excessive force claims against Deputy Shane Parker, Billy Joe Inman, and Sergeant John Callahan.

**IT IS FURTHER ORDERED** that the motion to dismiss is **GRANTED** with respect to plaintiff's claims against Deputy Joseph Ciruti and Sergeant Lynette Juul for malicious prosecution, and that those claims are **DISMISSED WITH PREJUDICE** until the <u>Heck</u> conditions are met.

DATE OF ENTRY
JAN - 7 2004

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

**IT IS FURTHER ORDERED** that the motion to dismiss is **GRANTED** with respect to all of plaintiff's remaining claims, and that all of the remaining claims are **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief can be granted.

New Orleans, Louisiana, this __5__ day of ___Jan___, 2004.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**